*In re* **Seaberg**, Guy Packard (MR 18283)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Guy Packard Seaberg, who has been disciplined in the State of Maine, is disbarred in Illinois.

*In re* **Spiezer**, Joseph P. (MR 18161)
Moline, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is allowed. Respondent Joseph P. Spiezer is suspended from the practice of law for two years and until further order of the Court.